# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RONALD R. KELPS & ROBIN A. KELPS  Case Number: 07-71506
684 ELSINOOR LANE
CRYSTAL LAKE, IL  60014

SSN-xxx-xx-6849 & xxx-xx-6889

Case filed on: 6/25/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $5,158.00  Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY SCOTT A BENTLEY | 1,774.00 | 1,774.00 | 523.40 | 0.00 |
| | Total Legal | 1,774.00 | 1,774.00 | 523.40 | 0.00 |
| 008 | ARGENT HEALTHCARE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | DIRECT LOAN SERVICING SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | ILLINOIS DEPARTMENT OF REVENUE | 2,224.80 | 2,224.80 | 0.00 | 0.00 |
| 045 | HOLLY KELPS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Priority | 2,224.80 | 2,224.80 | 0.00 | 0.00 |
| 999 | RONALD R. KELPS | 0.00 | 0.00 | 1,858.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 1,858.00 | 0.00 |
| 001 | AMC MORTGAGE SERVICES INC | 20,737.15 | 0.00 | 0.00 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 14,549.92 | 14,549.92 | 1,120.29 | 733.56 |
| 003 | SPECIALIZED LOAN SERVICING | 38,873.27 | 0.00 | 0.00 | 0.00 |
| 004 | WACHOVIA DEALER SERVICES | 5,925.21 | 5,925.21 | 534.80 | 174.25 |
| | Total Secured | 80,085.55 | 20,475.13 | 1,655.09 | 907.81 |
| 002 | FORD MOTOR CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | WACHOVIA DEALER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | US DEPARTMENT OF EDUCATION | 45,413.69 | 0.00 | 0.00 | 0.00 |
| 006 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMERICAN EXPRESS CENTURION BANK | 23,591.06 | 23,591.06 | 0.00 | 0.00 |
| 009 | ARMOR SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CENTEGRA HEALTH SYSTEM | 668.16 | 668.16 | 0.00 | 0.00 |
| 013 | CERTEGY PAYMENT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDIT MGMT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | DIVERSIFIED ADJUSTMENT SVC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | HEALTH SOUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | LVNV FUNDING LLC | 10,812.81 | 10,812.81 | 0.00 | 0.00 |
| 021 | INTERNAL REVENUE SERVICE | 3,431.81 | 3,431.81 | 0.00 | 0.00 |
| 022 | KOHLS DEPARTMENT STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | LEADING EDGE RECOVERY SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | HORIZONS BEHAVIORAL HEALTH | 675.00 | 675.00 | 0.00 | 0.00 |
| 025 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MCHENRY CO. TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MERCHANTS CREDIT GUIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | MURPHY LOMON & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | MUSIC CENTER OF DEERFIELD | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | NATIONAL RECOVERIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | PEOPLES ENERGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | PHYSICIANS CARE, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | PHYSICIANS CARE, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | SAFEWAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | ECAST SETTLEMENT CORPORATION | 1,871.70 | 1,871.70 | 0.00 | 0.00 |
| 037 | THINK FEDERAL CREDIT UNION | 974.32 | 974.32 | 0.00 | 0.00 |
| 038 | TRUE LOGIC FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | UNITED PROCESSING | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | UNIVERSITY OF IOWA | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | WHITE, SCOTT & WHITE | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | CAVALRY PORTFOLIO SERVICES LLC | 758.42 | 758.42 | 0.00 | 0.00 |
| 044 | ILLINOIS DEPARTMENT OF REVENUE | 460.24 | 460.24 | 0.00 | 0.00 |
| | Total Unsecured | 88,657.21 | 43,243.52 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

|  | Grand Total: | 172,741.56 | 67,717.45 | 4,036.49 | 907.81 |

| | |
|---|---|
| Total Paid Claimant: | $4,944.30 |
| Trustee Allowance: | $213.70 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>04/18/2008</u>                    By  <u>/s/Heather M. Fagan</u>